## No. 17,876.

LEMUEL E. WEBB *v.* PUEBLO, A MUNICIPAL CORPORATION.
(298 P. [2d] 399)

Decided June 11, 1956.

Mr. FRED T. TANQUARY, for plaintiff in error.

No appearance for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.